# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2024-1712
_____

C.S., Father of E.S., a Minor
Child,

    Appellant,

    v.

DEPARTMENT OF CHILDREN AND
FAMILIES,

    Appellee.

_____

On appeal from the Circuit Court for Suwannee County.
Jamie Tyndal, Judge.

November 18, 2024

PER CURIAM.

DISMISSED. *N.S.H. v. Dep't of Child. & Fam. Servs.*, 843 So. 2d 898 (Fla. 2003) (approving procedure that includes dismissal when, after counsel withdraws, the appellant fails to timely file his or her own brief in support of appeal of termination of parental rights).

LEWIS, RAY, and BILBREY, JJ., concur.

———————————————

*__Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.__*

———————————————

C.S., pro se, Appellant.

Carolyn Schwarz, Fort Lauderdale, for Appellee; Sara Elizabeth Goldfarb, Statewide Director of Appeals, and Mercy Almaguer, Senior Attorney, Statewide Guardian ad Litem Office, Tallahassee, for Guardian ad Litem.